UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STEPHEN SZE KIT MA,

    Plaintiff,

    v.

JOHN MARTINEZ, et al.,

    Defendants.

Case No. 15-cv-3709-PJH

**ORDER**

On the evening of August 13, 2015, plaintiff filed this action and an ex parte application for a temporary restraining order preventing the United States from executing an order of removal. The matter was reassigned to the undersigned district judge on August 14, 2015.

The court will not consider the request ex parte. No later than 8:00 a.m. on August 17, 2015, plaintiff must file a proof of service showing proper service on the defendants. The court will hear the matter on August 17, 2015 at 11:30 a.m., in Courtroom 3 of the Federal Building, 1301 Clay Street, Oakland, California.

**IT IS SO ORDERED.**

Dated: August 14, 2015

_____

PHYLLIS J. HAMILTON
United States District Judge